IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| AMY MARTIN, | ) | CV 15-00044 SOM-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| HAWAIIAN AIRLINES, INC.; JAN KANETOKU; JOHN DOES 1-10; DOE ENTITIES 1-10, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR REMAND

Findings and Recommendation having been filed and served on all parties on April 01, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion for Remand" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2015.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge